UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GARNER ALLEN,
                Plaintiff,

v.

CORRECTIONAL OFFICER DEVERON D.
AITKEN; CORRECTIONAL OFFICER
JONELLE S. BISSESSAR; SERGEANT
KENNETH L. JAMES; JOHN DOE, Nurse at
Sing Sing Correctional Facility,
                Defendants.
------------------------------------------------------------x

**ORDER**

23 CV 2149 (VB)

Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

    Plaintiff, proceeding pro se and in forma pauperis, brings claims under 42 U.S.C. § 1983 for alleged violations of his constitutional rights.

    On March 13, 2023, plaintiff filed the complaint. (Doc. #1). Plaintiff subsequently filed a letter regarding an upcoming surgery, which the Court construes as a supplement to the complaint. (Doc. #6).

    On April 6, 2023, the Court entered an Order of Service directing the U.S. Marshals Service to serve the complaint and plaintiff's letter on the three named defendants in the complaint: Correctional Officer Deveron D. Aitken, Correctional Officer Jonelle S. Bissessar, and Sergeant Kenneth L. James. To date, there is no indication on the docket that any of the three named defendants have been served.

    The Order of Service also contained a Valentin Order which directed the Office of the New York State Attorney General to ascertain the identity and service address of the "John Doe" defendant whom plaintiff sought to sue, and to provide such information to the plaintiff and the Court by June 5, 2023. (Doc. #8). The Court further directed plaintiff to file an amended complaint naming the John Doe defendant within 30 days of receiving this information from the Attorney General, and attached to the Order an amended complaint form for that purpose.

1

By letter dated June 1, 2023, the Attorney General identified the John Doe defendant as Registered Nurse Volodymr Glukhan and provided an address for service. (Doc. #11).

Accordingly, IT IS HEREBY ORDERED:

1. **By July 5, 2023, plaintiff shall file an amended complaint**. Plaintiff shall use the amended complaint form attached to this Order.

2. The amended complaint must contain the full name of the John Doe defendant identified by the Attorney General.

3. **The amended complaint will completely replace, not merely supplement, the existing complaint. Therefore, plaintiff must include in the amended complaint all information necessary for his claims.** However, plaintiff is directed to include in his amended complaint only those facts and documents he believes plausibly support a violation of his constitutional rights.

4. Plaintiff is reminded that any factual allegation in the amended complaint must be true to the best of his knowledge, information, and belief. See Fed. R. Civ. P. 11(b)(3).

5. **If plaintiff fails to file an amended complaint by July 5, 2023, the Court may dismiss the case for failure to prosecute or failure to comply with a Court order.** See Fed. R. Civ. P. 41(b).

6. Once plaintiff has filed an amended complaint, the Court will screen the amended complaint and, if necessary, issue an order directing the Clerk to issue a summons, complete the USM-285 forms with the addresses of the newly-named defendant, and deliver to the U.S. Marshals Service all documents necessary to effect service.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

Plaintiff also must notify the Court in writing if plaintiff's address changes, and the Court may dismiss the action if he fails to do so.

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: June 1, 2023
       White Plains, NY

SO ORDERED:

*[signature]*

Vincent L. Briccetti
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____

Write the full name of each plaintiff.

-against-

_____

_____

_____

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

No. 23 CV 2149 (VB)

(To be filled out by Clerk's Office)

**AMENDED COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes   ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

I.  **LEGAL BASIS FOR CLAIM**

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐ Violation of my federal constitutional rights

☐ Other: _____

II.  **PLAINTIFF INFORMATION**

Each plaintiff must provide the following information. Attach additional pages if necessary.

_____

First Name          Middle Initial          Last Name

_____

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_____

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_____

Current Place of Detention

_____

Institutional Address

_____

County, City          State          Zip Code

III.  **PRISONER STATUS**

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: _____
First Name        Last Name          Shield #

_____
Current Job Title (or other identifying information)

_____
Current Work Address

_____
County, City         State          Zip Code

Defendant 2: _____
First Name        Last Name          Shield #

_____
Current Job Title (or other identifying information)

_____
Current Work Address

_____
County, City         State          Zip Code

Defendant 3: _____
First Name        Last Name          Shield #

_____
Current Job Title (or other identifying information)

_____
Current Work Address

_____
County, City         State          Zip Code

Defendant 4: _____
First Name        Last Name          Shield #

_____
Current Job Title (or other identifying information)

_____
Current Work Address

_____
County, City         State          Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____
_____
_____
_____
_____
_____
_____
_____
_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

_____
_____
_____
_____
_____
_____

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

_____
_____
_____
_____
_____
_____
_____
_____

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| Dated | Plaintiff's Signature |
|---|---|
| First Name    Middle Initial | Last Name |
| Prison Address | |
| County, City    State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: _____