UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
GARNER ALLEN,
                Plaintiff,

v.

CORRECTIONAL OFFICER DEVERON D.
AITKEN; CORRECTIONAL OFFICER
JONELLE S. BISSESSAR; SERGEANT
KENNETH L. JAMES; REGISTERED NURSE
VOLODYMR GLUKHAN,
                Defendants.
--------------------------------------------------------------x

**ORDER**

23 CV 2149 (VB)

      On August 30, 2023, the Court stayed the time for all defendants to respond to the amended complaint so that defendants Aitken and James could be served with the summons and complaint. (Doc. #21).

      On September 13, 2023, the Attorney General filed a notice of appearance on behalf of defendant James, as well as a letter indicating it represents him and believes he had been served. (Docs. ##22, 23).

      On September 29, 2023, the Attorney General likewise filed a notice of appearance on behalf of defendant Aitken, as well as a letter confirming he had been served. (Docs. ##25–26).

      Accordingly, the docket now reflects that all defendants have been served, and the stay of defendants' deadline to respond to the amended complaint is lifted. All defendants shall answer, move, or otherwise respond to the amended complaint (Doc. #14) by November 22, 2023.

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: November 1, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge