

# MEMO ENDORSED

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

February 6, 2026

**By ECF**
Hon. Victoria Reznik
United States Magistrate Judge
Southern District of New York
300 Quarropas Street, Chambers 420
White Plains, New York 10601-4150

The request for an adjournment is **GRANTED.** The parties are to provide an update as to the status of the Bench Trial by May 8, 2026.  At that time, another date for a settlement conference will be scheduled if necessary.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: February 6, 2026

Re:    *Allen v. Aitken*, 23 Civ. 2149 (VB)(VR)

Dear Judge Reznik:

The Office of the New York State Attorney General ("OAG") represents Defendant Correction Officer ("C.O.") Deveron Aitken ("Defendant" or "Aitken") in the above-referenced matter. I write, with the gracious consent of counsels for Plaintiff, to respectfully request an alternative date for the Settlement Conference, currently scheduled for February 18, 2026 at 2:30 p.m. (ECF No. 100).

The grounds for this request is that Hon. Vincent L. Briccetti, District Judge, conducted a Pre-Motion Conference on January 27, 2026 that resulted in Hon. Briccetti scheduling a Bench Trial to resolve the issue of exhaustion of administrative remedies under the PLRA for April 23, 2026.  *See* ECF No. 105.  The Parties respectfully request to submit a letter advising the Court of the status of the Bench Trial no later than May 8, 2026.  This adjournment will allow the Parties to focus on resolving this issue of exhaustion of administrative remedies.

This is the Parties' first request for an adjournment of the Settlement Conference and this request will not affect any other dates in this matter.

I thank the Court for its attention to this matter.

Respectfully submitted,

By:    Maurice K. Nwikpo-Oppong

DN: cn=Maurice K. Nwikpo-Oppong, o=Office of the New York State Attorney General, email=Maurice.Nwikpo-Oppong@ag.ny.gov, c=US
Location: New York, New York
Date: 2026.02.06 06:22:08 -05'00'

MAURICE NWIKPO-OPPONG
Assistant Attorney General
(212) 416-6097
Maurice.Nwikpo-Oppong@ag.ny.gov

CC:    All Counsel of Record via ECF