UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GARNER ALLEN,

            Plaintiff,

v.

CORRECTIONAL OFFICER DEVERON D.
AITKEN,

            Defendant.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/26

**ORDER**

23 CV 2149 (VB)

      As discussed at the bench trial held on April 23 and April 24, 2026, and attended by plaintiff and counsel for both parties, it is HEREBY ORDERED:

1. Counsel for both parties are directed to submit proposed findings of fact and conclusions of law related to the issue of exhaustion of administrative remedies under the PLRA by **May 8, 2026**.

2. A case management conference is scheduled for **June 12, 2026 at 10:00 a.m.**

Dated: April 27, 2026
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge