UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

GARNER ALLEN,

                 Plaintiff,

v.

CORRECTIONAL OFFICER DEVERON D.
AITKEN,

                 Defendant.

-------------------------------------------------------------x

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 6/12/26

**ORDER**

23 CV 2149 (VB)

       As discussed at an on-the-record conference held yesterday and attended by counsel for all parties, it is HEREBY ORDERED:

1. For the reasons set forth on the record, plaintiff exhausted his available administrative remedies and is entitled to proceed with his excessive force claim against defendant.

2. By **August 12, 2026**, defense counsel shall submit a letter on behalf of both parties regarding the status of settlement discussions.

3. The next case management conference is scheduled for **September 9, 2026, at 12:00 p.m.,** at the White Plains courthouse, Courtroom 620.

Dated: June 12, 2026
       White Plains, NY

                          SO ORDERED:

                          Vincent L. Briccetti
                          United States District Judge