UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

ALLEN,

Plaintiff(s),

v.

AITKEN ET AL,

Defendant(s).
---------------------------------------------------------x

**CALENDAR NOTICE**

23-cv-02149 (VB)

**PLEASE TAKE NOTICE** that the above-captioned case has been re-scheduled for:

| | |
|---|---|
| __x Status conference | ___ Final pretrial conference |
| ___ Telephone conference | ___ Jury selection and trial |
| ___ Pre-motion conference | ___ Bench trial |
| ___ Settlement conference | ___ Suppression hearing |
| ___ Oral argument | ___ Plea hearing |
| ___ Bench ruling on motion | ___ Sentencing |

on November 19, 2026, at 11:00 a.m., in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from November 19, 2026 at 12:00 p.m.

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(G) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: November 16, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge