UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

GARNER ALLEN, :
Plaintiff, :

v. :

CORRECTIONAL OFFICER DEVERON D. AITKEN, :
Defendant. :

-----------------------------------------------------------x

**ORDER**

23 CV 2149 (VB)

As discussed at an on-the-record conference held on November 19, 2026, and attended by counsel for all parties, it is HEREBY ORDERED:

1. By **January 19, 2027**, the parties shall submit to the Court for its approval a Joint Pretrial Order, which shall comply with both Fed. R. Civ. P. 26(a)(3) and Paragraph 4.A of the Court's Individual Practices.

2. Counsel are directed to contact Judge Reznik's chambers to schedule a settlement conference. By **January 19, 2027**, the parties shall submit a letter updating the Court on the status of settlement efforts.

3. By **February 16, 2027**, the parties shall submit proposed voir dire, joint proposed jury instructions, motions in limine, and a joint verdict form. (See Paragraph 4.B of the Court's Individual Practices). The parties' joint proposed jury instructions shall consist of a single document, noting any areas of disagreement between the parties. The proposed instructions should include both the text of any requested instruction as well as a citation, if available, to the authority from which it derives. The proposed instructions should also be submitted by email to Chambers in Word format.

4. By **February 23, 2027**, the parties shall file oppositions to motions in limine, if any. No replies will be permitted absent prior Court approval.

5. A final pre-trial conference is scheduled for **March 9, 2027, at 10:30 a.m.**, to be conducted in person at the White Plains Courthouse, Courtroom 620.

6. Jury selection and trial are scheduled to begin on **March 15, 2027, at 9:30 a.m.**

Dated: November 19, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge